# EXHIBIT 7

# to

# Declaration of

# Todd Vare

**REDACTED IN ITS ENTIRETY**

**Confidential**

**Filed Under Seal Pursuant to the Amended Stipulated Protective Order Entered in this Case at Docket No. 59 on July 6, 2016**