# EXHIBIT 31
# to
# Declaration of
# Todd Vare

**REDACTED IN ITS ENTIRETY**

**Highly Confidential – Attorneys' Eyes Only**

**Filed Under Seal Pursuant to the Amended Stipulated Protective Order Entered in this Case at Docket No. 59 on July 6, 2016**