# EXHIBIT A
# to
# Declaration of
# Holger Mohr

## REDACTED IN ITS ENTIRETY

## Confidential

**Filed Under Seal Pursuant to the Amended Stipulated Protective Order Entered in this Case at Docket No. 59 on July 6, 2016**