# EXHIBIT 3



# thomas ellsworth

Born 9/8/1955
Currently reside with my beautiful wife of 35 years in Shorewood Minnesota

Experience

**PRODUCTION WELDER AND R+D FABRICATOR, GARLOCK EQUIPMENT COMPANY -1974-1979**
Major duties included production welding of roofing equipment. Was promoted into the new products area where I learned many manufacturing techniques and basic engineering principles

**QUALITY CONTROL SUPERVISOR, PRODUCT ANALYST, MARKETING PRODUCT SPECIALIST. DRAG SPECIALTIES 1979-1988**
I started my career with this company because of my love for motorcycles. I was hired as the QC supervisor and was rapidly promoted into the Product Analyst role because of my strong relationship with the customers and supply base. I worked across all departments directing buying decisions by supplying technical data. The next natural progression was a promotion to Marketing Product Management. I was the Product Manager for the major line in the companies portfolio of product. I developed global sources, managed all the new product development with the sources, developed new products, researched and forecasted market conditions. I was held to strict growth goals and consistently met or exceeded those goals

**DIRECTOR OF CUSTOMER RELATIONS, VER-TECH INC, 1988-1991**
The title of this position did not really fit the responsibilities. This position included total responsibility for growing and expanding the capabilities of an existing hydraulic service and recycling equipment company. Responsibilities included but not limited to ; Managing a service department of 10 direct reports, marketing the services of the company, equipment adaptation and design, new products development, and intra - inter company relationships. Responsible for, budgets, accountability, profits, and human resources.

**DIRECTOR OF PRODUCT MANAGEMENT AND DEVELOPMENT , SAFCO PRODUCTS COMPANY, 1991-2001**
Served as an active participant and decision maker on the management board of Safco, a division of Liberty Diversified Industries, a privately held corporation with sales in excess of $200M.

Researched and developed products that increased Safco growth over 100% during the first five years of employment. I was responsible for increasing the bottom line profitability of my division by 85% through, redesign, new products, win/win supplier negotiations, and new source development.

Managed a staff of 10 very talented managers using true team philosophies and bottom up analysis techniques. The best of class designers were hired by me and we developed company wide procedures that facilitated growth through new product development.

My achievements included patented products, innovative new products, manufacturing techniques, many new suppliers, and a long list of new product market introductions.



### DIRECTOR OF PRODUCT DEVELOPMENT M.A.G. INC, VICE PRESIDENT PRODUCT DEVELOPMENT KURYAKYN HOLDINGS LLC 2001- 2014

MAG is the parent company and Kuryakyn is a division. My key role within this organization was growth through new product development, global manufacturing, inter/ intra company management, and new supplier development.

The company was in a strong growth mode when I started but there were no processes, quality departments, supervisory personnel, and technology was limited. Prior to moving the needle in a positive direction, I shepherded a paradigm shift, hired new talent and created a department with an achieved goal of a new product a day. This activity resulted in consistent double digit growth and a product profile that was the envy of the industry.

Our philosophy was to sell to all levels in the motorcycle industry. I was involved with customer relationships at all levels. Wholesale, Dealer, Retail and end user direct events.

My responsibilities also included the OEM Motorcycle manufacturer customer relationships and their positive growth.

I was responsible for building offshore manufacturing facilities that manufactured over 50% of a very complex and diverse product line. These facilities were developed through my existing relationships, no investment.

Having 13 direct reports was easy, I was again fortunate to have hired the best of class in the Quality Control, Design, Engineering, Product Management and Development, and Technical departments under my responsibility.

Other responsibilities for MAG is support for the companies in the group with their product development and global sourcing initiatives. My responsibilities also included Intellectual property management, and the key liaison with our legal partners and attorneys. We successfully developed an IP profile that added significant value to the company. Our IP and legal preparedness afforded us strength in the market and when challenged we were victorious in a $13 mil. legal battle .

### Education
Minnetonka High School 1970-1973

University of Minnesota 1975-1977

### Skills / Goals

My vision of a perfect career is to work within a team oriented, professional, group who's mission is to create innovative products. I have proven my leadership skills and feel very comfortable leading a team to significantly grow a company. I live to work with talented and positive people.

My skills and past work history are a testament to my dedication to the company I work with.

I am very well networked globally and understand working with many domestic and foreign cultures. My manufacturing process experience and strength of knowledge in developing products in most materials has aided in my abilities to "Get the Job Done"....

CIRO0031320



Referrals
Referrals available on request.

3

CIRO0031321