# Exhibit 13
# to
# Supplemental Declaration of Cassandra Merrick

Sign in | Join Free | Buy Now | Sell Now | My EC21 | Community | Help | On Stor...

# Samyang Engineering

Home | Products ▾ | Company Profile ▾ | Contact

Home  Company Profile

**Company Overview**
- Company Introduction
- Location

**Factories & Branches**
- Factories

**Trade Information**
- Trade Details



## Company Introduction

Samyang Engineering, established in 1989, is a professional manufacturer of motorcycle accessories like levers, grips, floorboards, license plate frames, head light, chrome molding, and everything customers desire.

for Harley Davidson, Honda, Yamaha, Indian, Victory and more other motorcycle brands as well as few car parts. We have credible skills and know-how for producing high quality products and export to USA in high reputation. We have own our electronics assembly lines, diecasting, injection molding, Tooling(CNC), polishing and chrome facility, from the beginning to the end in house.

If you want to develop new products, our experts can help you in many ways. Supplying the best quality products with best price is our motto and all of our staff and employees make constant efforts to improve our performance and quality. I hope we can have a shot to work with your company and confident that you will be satisfied with our performance.

If you are interested in OEM manufacturer, please do not hesitate to contact us.

**Company Basic Information**   Order Credit Report

| | |
|---|---|
| - Company Name | Samyang Engineering |
| - Location | Gyeonggi-do |
| - Business Type | Manufacturer |
| - Year Established | 1989 |
| - Employees Total | 11 - 50 |
| - Annual Revenue | USD 2,000,001 - 5,000,000 |
| - Website | - |
| - EC21 Storefront | samyangeng.en.ec21.com |
| - Selling Categories | Automobiles & Motorcycles > Motorcycles<br>Automobiles & Motorcycles > Other Auto Parts<br>Hardware > Moulds<br>Manufacturing & Processing Machinery > Machine Tools<br>Minerals & Metallurgy > Cast & Forged |
| - Buying Categories | Lights & Lighting > Lighting Bulbs & Tubes |
| - Keyword | Motorcycle parts, Diecasting, Chrome, Electronics, Injection Mold |

EXHIBIT 645



Case: 3:15-cv-00703-jdp Document #: 150-8 Filed: 01/06/17 Page 4 of 4

中文 繁體 한국어 日本語 Español Русский Français Deutsch

Copyright (c)1997-2016 EC21 Inc. All Rights Reserved. EC21 in Korean Chinese
Business Registry Number: 120-86-03931

CIRO0031160