# Exhibit 14
# to
# Supplemental Declaration of Cassandra Merrick



Motorcycles Parts - Samyang Engineering Page 1 of 2

Sign in
Join Free
Buy Now
Sell Now
My EC21
Community
Help
On Stor...
Samyang Engineering
Home
Products
Company Profile
Contact
Home
Products
Motorcycles Parts
Product Categories
All Products
Motorcycles Parts
3D Printer
Buyer's Guide
For Professional and Production Applications
FREE DOWNLOAD
Motorcycles Parts
View as :
(1 - 6 out of 6)
Various Products
Floorboards
Neck Covers
Grip and Lever
Grip and Lever
Grip and Lever
View as :
(1 - 6 out of 6)
1
Send an Inquiry to this supplier
* From
To
Tae Ha
Samyang Engineering
* Subject

EXHIBIT
648

http://samyangeng.en.ec21.com/Motorcycles_Parts--3322228.html 2/2/2016
CIRO0031167

Motorcycles Parts - Samyang Engineering Page 2 of 2

* Message
Use English only Max. 2000 characters. (Min. 20)
Send
Handshake - Official Site
#1 Rated Sales Order App Increases Outtech's Volume By 33%. Free Trial
handshake.com
Categories
Motorcycles Parts
About
Contact
Storefront Sitemap
Share : Facebook Twitter Google Delicious My EC21 Email this page
Browse: Manufacturer Directory Countries China India Korea Premium Suppliers Community Site Map
About EC21 Contact Us Terms & Conditions Report Item Online Trading Risks Product Listing Policy
中文 繁體 한국어 日本語 Español Русский Français Deutsch
Copyright (c)1997-2016 EC21 Inc. All Rights Reserved. EC21 in Korean Chinese
Business Registry Number: 120-86-03931

http://samyangeng.en.ec21.com/Motorcycles_Parts--3322228.html 2/2/2016
CIRO0031168