# Exhibit 15 to Supplemental Declaration of Cassandra Merrick

## Samyang Engineering

Korea    Member of 



 Company Profile

**About Us**

Samyang Engineering, established in 1989, is a professional manufacturer of motorcycle accessories like levers, grips, floorboards, license plate frames, head light, chrome molding, and everything customers desire. for Harley Davidson, Honda, Yamaha, Indian, Victory and more other motorcycle brands as well as few car parts. We have credible skills and know-how for producing high quality products and export to USA in high reputation. We have own our electronics assembly lines, diecasting, injection molding, Tooling(CNC), polishing and chrome facility, from the beginning to the end in house. If you want to develop new products, our experts can help you in many ways. Supplying the best quality products with best price is our motto and all of our staff and employees make constant efforts to improve our performance and quality. I hope we can have a shot to work with your company and confident that you will be satisfied with our performance. If you are interested in OEM manufacturer, please do not hesitate to contact us.

**Registration Date** : 2009/01/19 (Year/Month/Date)
**Buyer / Seller in EC21** : Both
**Business Type** : Manufacturer
**Year established** : 1989
**Employees total** : 11 - 50
**Annual revenue** : USD 2,000,001 - 5,000,000

**+ Contact Information**

 Contact Now

 Product Groups

**Motorcycles Parts (6)**

 Company Profile

View this page in : Mobile | PC
Contact Us | Terms & Conditions | Help
(c) 2016 EC21

**EXHIBIT**
**672**

**Global B2B search portal**

Verified Manufacturers & suppliers Free to join and search

CIRO0031136