# Exhibit 16
# to
# Supplemental Declaration of Cassandra Merrick

## Samyang Engineering

 Korea

Member of 



## Motorcycles Parts(6)



### Various Products

Company introduce Samyang E.N.G., established...



### Floorboards

Company introduce Samyang E.N.G., established...



### Neck Covers

Company introduce Samyang E.N.G., established...



### Grip and Lever

Company introduce Samyang E.N.G., established...



### Grip and Lever

Company introduce Samyang E.N.G., established...



### Grip and Lever

Company introduce Samyang E.N.G., established...

End of List   1 / 1   ▲ TOP



EXHIBIT
673

**Motorcycles Parts (6)**



View this page in : Mobile | PC
Contact Us | Terms & Conditions | Help
(c) 2016 EC21



## Quality Control Services

Product inspection & factory audit services. Book online!




CIRO0031138