# Exhibit 17
to
Supplemental
Declaration of
Cassandra Merrick

## Samyang Engineering

 Korea

 Member of

### Various Products



Contact Now          Add to My EC21

 **Product Details**

■ **Main Features**

Related Keywords: Motorcycles Parts , Various Products , Accessories , Samyang

■ **Description**

Company introduce Samyang E.N.G., established in 1989, is a professional manufacturer of motorcycle accessories like lever, floorboards, license plate frame, head light, chrome molding, and etc. for Harley Davidson, Honda, Yamaha motorcycles.

■ **Contact Information**

**Company** : Samyang Engineering
**Membership Type** : Free member
**Registration Date** : 2009-01-19
**Country/Region** : Korea
**Address** : 85-2, Seokjeong-ri, Daegot-myeum, Gimpo-si, Gyeonggi-do 415-855 Korea
**Phone** : 82 - 31 - 9970050
**Fax** : 82 - 31 - 9970052
**Contact** : Tae Ha / Director

 **Contact Now**

 **Product Groups**

EXHIBIT
**674**

CIRO0031139

**Motorcycles Parts (6)**

 Company Profile

View this page in : Mobile | PC
Contact Us | Terms & Conditions | Help
(c) 2016 EC21



# Quality Control Services

Product inspection & factory audit services. Book online!

○    ○

CIRO0031140