# Exhibit 19
# to
# Supplemental Declaration of Cassandra Merrick

**Samyang Engineering**

Korea                                                                 Member of 

## Neck Covers



### Product Details

**Main Features**
Related Keywords: Motorcycles Parts , Neck Covers , Accessories , Samyang

**Description**
Company introduce Samyang E.N.G., established in 1989, is a professional manufacturer of motorcycle accessories like lever, floorboards, license plate frame, head light, chrome molding, and etc. for Harley Davidson, Honda, Yamaha motorcycles.

**Contact Information**
**Company** : Samyang Engineering
**Membership Type** : Free member
**Registration Date** : 2009-01-19
**Country/Region** : Korea
**Address** : 85-2, Seokjeong-ri, Daegot-myeum, Gimpo-si, Gyeonggi-do 415-855 Korea
**Phone** : 82 - 31 - 9970050
**Fax** : 82 - 31 - 9970052
**Contact** : Tae Ha / Director

Contact Now

Product Groups

**EXHIBIT 676**

http://samyangeng.m.ec21.com/mobile/productDetail.jsp?productId=3322232            7/5/2016

CIRO0031143

**Motorcycles Parts (6)**

 Company Profile

View this page in : Mobile | PC
Contact Us | Terms & Conditions | Help
(c) 2016 EC21



CIRO0031144