# Exhibit 20
# to
# Supplemental Declaration of Cassandra Merrick

**Samyang Engineering**

 Korea　　　　　　　　　　　　　　　　　　　　　　Member of 

### Grip and Lever



### Product Details

**Main Features**

Related Keywords: **Motorcycles Parts** , **Grip Lever** , **Accessories** , **Samyang**

**Description**

Company introduce Samyang E.N.G., established in 1989, is a professional manufacturer of motorcycle accessories like lever, floorboards, license plate frame, head light, chrome molding, and etc. for Harley Davidson, Honda, Yamaha motorcycles.

**Contact Information**

**Company** : Samyang Engineering
**Membership Type** : Free member
**Registration Date** : 2009-01-19
**Country/Region** : Korea
**Address** : 85-2, Seokjeong-ri, Daegot-myeum, Gimpo-si, Gyeonggi-do 415-855 Korea
**Phone** : 82 - 31 - 9970050
**Fax** : 82 - 31 - 9970052
**Contact** : Tae Ha / Director

 Contact Now

 Product Groups

**EXHIBIT 677**

**Motorcycles Parts (6)**



View this page in : Mobile | PC
Contact Us | Terms & Conditions | Help
(c) 2016 EC21

## Global B2B search portal

Verified Manufacturers & suppliers Free to join and search