# Exhibit 30
# to
# Supplemental Declaration of Cassandra Merrick

## [REDACTED IN ITS ENTIRETY]

Highly Confidential
Attorneys' Eyes Only
Filed Under Seal
Pursuant to the Amended Stipulated Protective Order Entered in this Case at Docket No. 59 on July 6, 2016