# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KURYAKYN HOLDINGS, LLC, <br><br> Plaintiff, <br> v. <br><br> CIRO, LLC, THOMAS RUDD, KEN MADDEN, DARRON MAY, AND CHRISTOPHER LINDLOFF, <br><br> Defendants. | Civ. No. 3:15-CV-00703 <br><br> **Defendants' Motion in Limine to Exclude James Malackowski** |

Defendants Ciro, LLC, Thomas Rudd, Ken Madden, Darron May, and Christopher Lindloff ("Defendants"), by and through their undersigned attorneys, respectfully move this Court under the Federal Rules of Evidence 702 for an Order to exclude James Malackowski. This motion is based upon Defendants' Memorandum of Law in support of this motion, the pleadings on file, the arguments of counsel, and all files, records and proceedings herein.

DATED: March 3, 2017

**ROBINS KAPLAN LLP**

By: s/Cassandra B. Merrick
    Cassandra B. Merrick (396372)

800 LaSalle Avenue
Suite 2800
Minneapolis, MN  55402
Telephone: 612-349-8500
Fax: 612-339-4181
CMerrick@RobinsKaplan.com

**ATTORNEYS FOR DEFENDANTS**