**EXHIBIT FORM**

|  |  |  |
|---|---|---|
| EXHIBIT (S) OF<br><br><br>PLAINTIFF<br><br>KURYAKYN HOLDINGS, LLC | KURYAKYN HOLDINGS, LLC,<br>PLAINTIFF<br><br>v.                    Case No.:  3:15-CV-703<br><br>CIRO, LLC, THOMAS RUDD, KEN MADDEN, DARRON MAY, AND CHRISTOPHER LINDLOFF,<br>DEFENDANT |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
|  | **No.** | **Witness** |  |  |
|  | **1** |  | Ciro web page, "About" |  |
| 10/14/14 | **2** |  | 2014.10.14 project status.xlsx (native) |  |
| 12/02/13 | **3** |  | Ciro, LLC Limited Liability Company Agreement |  |
| 06/02/15 | **4** |  | Email from tony@harness.com.tw to Ken Madden and Michael@harness.com.tw re sample invoice #10052815 |  |
| 08/03/15 | **5** |  | Email from Chris Lindloff to Aero Rudd and Ken Madden re RGB Lights - Y-Harness |  |
| 08/05/15 | **6** |  | Email from Sanyang Eng to Aero Rudd and Bob Hinton re invoice for tooling |  |
| 04/30/14 | **7** |  | Email chain to Tom Ellsworth, Teng Chang, Yih-Wen Lan from Sam |  |
| 08/05/15 | **8** |  | Tooling invoice 2015.08.05.x;s (native) |  |
| 10/14/13 | **9** |  | Email chain last dated 10.14.13 to fishman@vtpinc.com from Tom@kuryakyn.com |  |
| 09/01/15 | **10** |  | Email from Josey - Thaler to Chris Lindloff and acr@ciro3d.com re C146, Muffler - final quote (increase stainless steel wool) |  |
| 07/27/14 | **11** |  | Email chain to acr@ciromotivation.com, Sam Liou from Sam |  |
| 09/23/14 | **12** |  | Email chain to Josey - Thaler, acr@ciro3d.com from Darron May |  |
| 07/21/14 | **13** |  | Email to Tengho, Yih-Wen, Aero C Rudd from Aero Rudd |  |
| 08/05/14 | **14** |  | Email to Suriya Ramachandra from acr@ciromotivation.com |  |
| 01/05/15 | **15** |  | Email from Chris Lindloff to Josey - Thaler and Aero Rudd re C146 quote - receipt with thanks |  |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 12/23/14 | 16 | | Email from Aero Rudd to Teng Ho, Josey - Thaler, Aero Rudd and Chris Lindloff re C146 Muffler Designs for prototype | |
| 01/21/15 | 17 | | Email from Darron May to Han Le and chris@ciro3d.com re data for Ciro motivation (14259) | |
| 10/01/15 | 18 | | Email from Nate Beckrich to Chris Lindloff re new project to scan | |
| 05/14/14 | 19 | | Email from A. Rudd to D. May, C. Lindloff and K. Madden re Initial Employee Hiring Criteria | |
| 05/07/14 | 20 | | Email chain from C. Lindloff to M. Havekost and A. Rudd re 3D Printers | |
| 02/03/14 | 21 | | Email from Tom Rudd to Brian Etter re Resignation | |
| 05/13/14 | 22 | | Email from Aero Rudd to yukon00@gmail.com re New Company | |
| 06/09/13 | 23 | | Email to John M. Home Weyrauch, Tom Ellsworth from John Weyrauch | |
| 05/27/14 | 24 | | Email chain from T. Rudd to A. Rudd re Email to Todd M. Gilbert from Tom Rudd re My son Aero will be starting his new company | |
| 04/28/13 | 25 | | Email to Ken@Kuryakyn.com, maddkstudio@yahoo.com from Ken Madden with attachments | |
| 08/12/14 | 26 | | Email to Aero Rudd, et al. from Ken with attachments | |
| 07/23/13 | 27 | | Email chain to Tom Rudd, Aero Rudd from Tom Ellsworth | |
| 05/04/14 | 28 | | Email chain to xioray@gmail.com, Aero Rudd from Tom Rudd | |
| 06/12/14 | 29 | | Email chain to Wilbur from 2517 Email | |
| 06/19/14 | 30 | | Email to Jason@shipGLOBAL.com from 2517 Email | |
| 08/26/15 | 31 | | Email chain last dated 08.26.15 to Thomas Ellsworth from Tom Motzko | |
| 04/20/16 | 32 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 08/11/14 | 33 | | Email chain to Ken Madden from acr@ciromotivation.com | |
| 09/30/14 | 34 | | Email chain last dated 09.30.14 to Josey - Thaler, acr@ciro3d.com, Ken Madden from acr@ciro3d.com | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|---------|-------------|----------------------------------------|
|  | No. | Witness |  |  |
| 10/21/14 | 35 |  | Email chain last dated 10.21.14 to acr@ciro3d.com from Suriya Ramachandra |  |
| 01/07/15 | 36 |  | Email chain to Aero C Rudd, et al. from Aero C Rudd |  |
| 01/16/15 | 37 |  | Email chain to Wilbur Chen from acr@ciro3d.com |  |
| 03/05/15 | 38 |  | Email chain to Wilbur from Aero C Rudd |  |
| 04/17/15 | 39 |  | Email chain to Aero Rudd from Aero C Rudd |  |
| 08/13/15 | 40 |  | Email chain to Tony Chen, Aero Rudd, Ken Madden from Aero C Rudd |  |
| 05/22/15 | 41 |  | Email chain to Darron May from Aero C Rudd |  |
| 07/30/15 | 42 |  | Email chain to Josey - Thaler from Aero C Rudd |  |
| 03/07/14 | 43 |  | Email chain to Tom Ellsworth and Liu Isis from Sam Liou re APP controlled Lizard Lights |  |
| 05/15/14 | 44 |  | Email to Tom Rudd from 2517 Email with attachments |  |
|  | 45 |  | Fishstyx LLC Payments 2014-2015.xlsx |  |
|  | 46 |  | Ciro, LLC - Comp-Salary - 2016.xlsx |  |
| 04/20/16 | 47 |  | Ciro, LLC Purchases by Item Detail - January through December 2015 |  |
| 04/20/16 | 48 |  | Ciro, LLC Purchases by Item Detail - January through December 2015 |  |
| 04/20/16 | 49 |  | Ciro, LLC Purchases by Item Detail - January through December 2015 |  |
| 04/20/16 | 50 |  | Ciro, LLC Purchases by Item Detail - January through December 2015 |  |
| 04/19/16 | 51 |  | Ciro, LLC Purchases by Item Detail - January through December 2015 |  |
| 01/11/14 | 52 |  | Email to Tom Rudd, Aero Rudd from Ken Madden |  |
| 01/28/14 | 53 |  | Email to tr14ciro@gmail.com, rudd.aero@gmail.com from Ken Madden |  |
| 02/18/14 | 54 |  | Email chain last dated 02.18.14 to Aero Rudd from Ken Madden |  |
| 05/03/14 | 55 |  | Email chain to Aero Rudd from Ken Madden |  |
| 04/19/16 | 56 |  | Ciro, LLC Purchases by Item Detail - January through December 2015 |  |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|---------|-------------|------------------------------|
|      | No. | Witness |             |                              |
| 05/01/14 | 57 | | Email to Ken Madden, Chris Lindloff, Aero Rudd, Darron May, Tom Rudd from Chris Lindloff | |
| 04/19/16 | 58 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/19/16 | 59 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 05/01/14 | 60 | | Email to Ken Madden, Chris Lindloff, Aero Rudd, and Tom Rudd from Darron May forwarding Starting kickoff email chain | |
| 02/01/03 | 61 | | Tom Ellsworth Executive Employment Agreement | |
| 04/19/16 | 62 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 63 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 64 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 65 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 66 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 67 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 68 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 69 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 05/31/15 | 70 | | Email from Samyang to Chris Lindloff re In regards to C151 | |
| 06/02/15 | 71 | | Email chain to Tony Chen from acr@ciro3d.com re: FW: Sample Invoice #10052815 | |
| 09/01/15 | 72 | | Email chain to Chris Lindloff and ACR from Josey - Thaler re C146, Muffler - final quote (increase Stainless steel wool) | |
| 11/20/15 | 73 | | Email chain to Aero C Rudd from Yih-Wen Lan | |
| | 74 | | "Contains information designated as Highly Confidential" = Ciro's Responses to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents | |
| 06/19/13 | 75 | | Email to rudd.aero@gmail from Tom@kuryakyn.com | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 02/11/13 | 76 | | Email chain to xioray@gmail.com and Aero Rudd from Tom Rudd re Visit Report Kuryakyn @ DFR | |
| 04/20/16 | 77 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 02/13/14 | 78 | | Email chain last dated 02.13.14 to Chris Lindloff, Darron May from Ken Madden | |
| 04/20/16 | 79 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 80 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 81 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 82 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 83 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 05/27/14 | 84 | | 05/27/14 letter agreement to Christopher Lindloff from Robert Hinton | |
| | 85 | | File Produced Natively, File Name: Exhibit B - Sales Information.xlsx (2pgs) | |
| 12/30/14 | 86 | | Email chain to Aero Rudd from Tony Chen re ken@ciro3d.com has sent you a file ... | |
| 04/21/15 | 87 | | Email chain to acr@ciro3d.com and Josey - Thaler from Chris Lindloff re Project C144 Sample review, 4/21/2015 | |
| 09/22/15 | 88 | | Email to rjohns2003@juno.com from Aero Rudd re Ciro Price/Part Number Sheet with attachment | |
| 04/20/16 | 89 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 90 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 91 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/19/16 | 92 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 01/28/08 | 93 | | Email from Ellsworth to Ellsworth re attached 2008 Responsibilities outline | |
| 02/03/00 | 94 | | Kuryakyn Employee Handbook | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | **No.** | **Witness** | | |
| 10/2013 | **95** | | Kuryakyn Strategic Plan | |
| 12/30/13 | **96** | | Email chain from T. Rudd to Madden re New Year Change | |
| 12/27/13 | **97** | | Email chain from T. Rudd to T. Rudd re KHI - Proposed Wage Adjustments - 2014 | |
| | **97A** | | Spreadsheet re Proposed Wage Adjustments for 2014 | |
| 12/27/13 | **98** | | Email chain from Tom@kuryakyn to tomatkuryakyn@gmail.com re Non-Distributor Items 2013 (Tab 2 not printed) | |
| 12/27/13 | **99** | | Email chain from T. Rudd to T. Rudd re UTV Information Docs | |
| 12/27/13 | **100** | | Email chain from Tom@kuryakyn to tomatkuryakyn@gmail.com re KHI Futures | |
| 12/27/03 | **101** | | Email chain from T. Rudd to T. Rudd re Top 50 Viewed Web Pages | |
| 01/02/14 | **102** | | Email chain from T. Rudd to T. Rudd re Southern California UTV/Polaris Dealer List | |
| 02/25/14 | **103** | | Email chain from T. Rudd to A. Rudd re forwarded message from Mitch Bown | |
| 06/23/14 | **104** | | Letter to R. Rudd from Bundy | |
| 06/30/14 | **105** | | Redacted Email chain from Bundy to H. Mohr and M. Toke re Rudd email concerning forging of document | |
| 04/20/16 | **106** | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 08/11/14 | **107** | | Redacted email chain from Bundy to H. Mohr and M. Toke re T. Rudd email concerning forged document | |
| 05/26/14 | **108** | | Email from T. Rudd to G. Gilbert re Aero's new company | |
| 04/20/16 | **109** | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 07/12/12 | **110** | | Email from Fish to Winthrop re Klockwerks asset purchase agreement | |
| 05/26/14 | **111** | | Email chain to Chris Lindloff from Aero Rudd re Furniture | |
| 02/11/13 | **112** | | Email chain from Tom@kuryakyn to xioray@gmail.com and A. Rudd re Visit Report Kuryakyn @ DFR | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 03/22/13 | 113 | | Email chain from Tom@Kuryakyn to A. Rudd and tomatkuryakyn@gmail.com re outline of UTV market | |
| 04/03/13 | 114 | | Calendar Appointment re MAG UTV Summit Agenda | |
| 04/07/13 | 115 | | Email from T. Rudd to better@maggroup.com and awa@maggroup.com re My opinion | |
| 04/20/16 | 116 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 117 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 11/11/13 | 118 | | Email from J.P. Share to Rod Derifield re Kuryakyn UTV Plan | |
| 04/30/13 | 119 | | Email chain from Tom@kuryakyn.com to A. Rudd and xioray@gmail.com re Blacksnake | |
| 04/20/16 | 120 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 07/25/13 | 121 | | Email chain from Madden to Madden re we have a name | |
| 12/12/13 | 122 | | Email from M. Johnson to T. Rudd and xioray@gmail.com re attached Winthrop & Weinstine Invoice | |
| 04/20/16 | 123 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 12/27/13 | 124 | | Email from L. Madlam re Project 13235 - Megaphone Mufflers, part# 551, 552, 553, 554, 555 & 556 and attachments | |
| 12/27/13 | 125 | | Email chain from M. Roland to T. Rudd re New Year change | |
| 12/27/13 | 126 | | Email chain from M. Roland to M. Madlem, D. Parvey and J. Braun re Project 13235 - Megaphone Mufflers, part# 551, 552, 553, 554, 555 & 556 part 7 - final | |
| 09/13/13 | 127 | | Spreadsheet re Project 13235 | |
| 06/03/14 | 128 | | Redacted email chain from M. Toke to K. Bundy re Resignation | |
| 01/09/14 | 129 | | Letter to T. Rudd from Bob re returning $3,500 for exhaust system with attachment | |
| 04/20/16 | 130 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|-----|---------|-------------|---------------------------------------|
| | No. | Witness | | |
| 09/29/15 | 131 | | Email chain to Marcy Salo and acr@ciro3d.com from Chris Lindloff re Adhesive specification | |
| 04/20/16 | 132 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 133 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 134 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 05/07/14 | 135 | | Email from C. Lindloff to A. Rudd, maddkstudio@yahoo.com and darronmay@hotmail.com re 3D Machines / Building / Equipment | |
| 05/14/14 | 136 | | Email chain from K. Madden to A. Rudd and T. Rudd re Initial Employee Hiring Criterea | |
| 05/16/14 | 137 | | Email chain from T. Ellsworth to T. Rudd re Insurance | |
| 12/28/14 | 138 | | Email from A. Rudd to K. Madden, T. Rudd and A. Rudd re photos for the samples of the screw caps with black paint | |
| 12/19/14 | 139 | | Email from C. Lindloff to T. Rudd and M. Roland re Exhaust *confidential* | |
| 01/19/15 | 140 | | Email chain from C. Lindloff to acr@ciro3d.com, M. Roland and tr14ciro@gmail.com re Exhaust *confidential* | |
| 11/03/16 | 141 | | Declaration of Ken Madden in Support of Defendants' Motion for Summary Judgment | |
| 04/20/16 | 142 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 143 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 01/29/14 | 144 | | E-mail from Mark Johnson at Winthrop to Tom Rudd and Pat Furlong attaching 1/23/14 invoice | |
| 09/20/12 | 145 | | Employee Handbook Acknowledgment of Receipt signed by Ken Madden | |
| 06/19/12 | 146 | | Ken Madden Employment Agreement | |
| 10/22/12 | 147 | | Ken Madden signed acknowledgment re policy revisions | |
| 05/16/16 | 148 | | Defendant Ken Madden's Responses to Plaintiff's First Set of Requests to Admit | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 04/20/16 | 149 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 07/24/13 | 150 | | Email chain from Tom@kuryakyn.com to A. Rudd and dan@sunseekermidwest.com re new logo | |
| 07/29/13 | 151 | | Email chain from A. Rudd to Ken@kuryakyn.com re Shirts and embroidery | |
| 07/26/13 | 152 | | Email from K. Madden to jennifer@hedusa.com re ciro logo/Rudd | |
| 03/23/14 | 153 | | Email chain from K. Madden to tr14ciro@gmail.com re France's Reckoning: Rich, Young Flee Welfare State | |
| 04/17/14 | 154 | | Email chain from K. Madden to T. Rudd re Custom Motorcycle Floor Boards | |
| 07/24/14 | 155 | | Letter to K. Madden from K. Bundy re post-employment contractual obligations | |
| 07/27/14 | 156 | | Letter to K. Bundy from K. Madden re awareness of obligations with Kuryakyn LLC | |
| 08/11/14 | 157 | | Email chain from A. Rudd to ken@ciromotivation.com re bolt caps | |
| 11/03/16 | 158 | | Declaration of Chris Lindloff in Support of Defendants' Motion for Summary Judgment | |
| 07/09/12 | 159 | | Christopher Lindloff Employment Agreement | |
| 09/20/12 | 160 | | Employee Handbook Acknowledgment of Receipt signed by Chris Lindloff | |
| 04/20/16 | 161 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 162 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 163 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 164 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 02/13/14 | 165 | | Email chain from C. Lindloff to A. Rudd re Ciro news…. | |
| 03/06/14 | 166 | | Email chain from K. Madden to C. Lindloff re CAD Computers | |

| Date | No. | Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | | *Identification* | | |
| 03/27/14 | 167 | | Email chain from M. Havekost to C. Lindloff re 3D Printers | |
| 05/07/14 | 168 | | Email chain from A. Rudd to K. Madden re Equipment | |
| 05/13/14 | 169 | | Email from C. Lindloff to A. Rudd re Ciro Employment Details | |
| 04/20/16 | 170 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 07/24/14 | 171 | | Letter to C. Lindloff from K. Bundy re post-employment contractual obligations | |
| 07/28/14 | 172 | | Letter to K. Bundy from C. Lindloff re aware of terms of previous employment at Kuryakyn | |
| 11/03/16 | 173 | | Declaration of Darron May in Support of Defendants' Motion for Summary Judgment | |
| 07/02/12 | 174 | | Darron May Employment Agreement | |
| 09/20/12 | 175 | | Employee Handbook Acknowledgement of Receipt signed by Darron May | |
| 04/20/16 | 176 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 02/12/14 | 177 | | Email chain from D. May to K. Madden, C. Lindloff and A. Rudd re Ciro news…. | |
| 05/22/14 | 178 | | Email from H. Mohr to D. May re Formal Offer for promotion | |
| 07/24/14 | 179 | | Letter to D. May from K. Bundy re post-employment contractual obligations to Kuryakyn | |
| 07/28/14 | 180 | | Letter to K. Bundy from D. May re understand obligations with former employer | |
| 04/20/16 | 181 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 182 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 183 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/20/16 | 184 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 04/21/16 | 185 | | Ciro, LLC Purchases by Item Detail - January through December 2015 | |
| 05/27/14 | 186 | | Letter to D. May from R. Hinton re welcome to Ciro | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 05/27/14 | 187 | | Letter to K. Madden from R. Hinton re welcome to Ciro | |
| | 188 | | Ciro, LLC - Exhibit B - Costs Incurred.xlsx (native) | |
| 03/26/15 | 189 | | Autonomous CAD Invoice #116 | |
| 05/15/14 | 190 | | Email chain from T. Rudd to T. Ellsworth, xioray@gmail.com and A. Rudd re Insurance | |
| 09/01/15 | 191 | | Tonka Tronix, Inc. Invoice #23259 | |
| 05/15/14 | 192 | | Exhibit B - Sales Information (native) | |
| 04/24/15 | 193 | | Ciro, LLC Purchase Order #22 (Supplier PO 1) | |
| 10/23/14 | 194 | | Ciro, LLC Purchase Order #2 (Supplier PO 2) | |
| 07/08/13 | 195 | | Email chain from Tom@kuryakyn.com to A. Rudd and Dan@sunseekermidwest.com re store-in-store planning | |
| 01/01/16 | 196 | | Kuryakyn Product Catalog | |
| 01/01/15 | 197 | | Kuryakyn Product Catalog | |
| 07/23/13 | 198 | | Email chain from Tom@kuryakyn.com to A. Rudd re UTV Information docs | |
| 04/13/15 | 199 | | Email from Chris Lindloff to Aero Rudd, Josey - Thaler, Bob Hinton, Aero Rudd, Tom Rudd and Teng Ho Chang re exhaust and muffler tips | |
| 04/16/15 | 200 | | Email from Chris Lindloff to Josey - Thaler, Aero Rudd,  Teng Ho Chang and acr@ciro3d.com re C1444 - additional muffler tip | |
| 04/22/15 | 201 | | Email from Chris Lindloff to Josey - Thaler and Teng Ho Chang re sandblasted ball posts | |
| 08/14/12 | 202 | | Email from T. Rudd to B. Klock , L. Klock, B. Hinton and D. Willer re My last option | |
| 07/15/13 | 203 | | Email chain from Tom@kuryakyn.com to David@dragonfireracing.com re Sturgis | |
| 05/15/14 | 204 | | Exhibit B - Product Purchase Orders (native) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | **No.** | **Witness** | | |
| | **205** | | Ciro, LLC - Exhibit B - Tooling Purchase Orders - 11-3-15 - 8-17-16.xlsx (native) | |
| 12/29/15 | **206** | | Ciro, LLC Purchase Order #95 (Supplier PO 3) | |
| 12/28/15 | **207** | | Ciro, LLC Purchase Order #92 (Supplier PO 4) | |
| 2010 | **208** | | Kuryakyn 2010 Income Statement | |
| 2011 | **209** | | Kuryakyn 2011 Income Statement | |
| 2012 | **210** | | Kuryakyn 2012 Income Statement | |
| 2013 | **211** | | Kuryakyn 2013 Income Statement | |
| 2014 | **212** | | Kuryakyn 2014 Jan-May Income Statement | |
| 2014 | **213** | | Kuryakyn 2014 Income Statement | |
| 2015 | **214** | | Kuryakyn 2015 Income Statement | |
| 01/07/14 | **215** | | Email chain from better@maggroup.com to R. Busch and H. Mohr re your call | |
| 12/20/13 | **216** | | Email chain from better@maggroup.com and C. Sonnenberg re ok | |
| 11/20/12 | **217** | | Email chain from D. Asher to Tom@kuryakyn.com re DragonFire Opportunities | |
| | **218** | | Kuryakyn Muffler Project Development Spreadsheet | |
| 06/07/12 | **219** | | Email chain from S. Lehman to B. Etter re Klock | |
| 05/31/12 | **220** | | Email chain from B. Etter to B. Etter and S. Lehman re Klock | |
| 04/23/13 | **221** | | Email chain from B. Etter to Tom@kuryakyn.com re new proposal | |
| 06/03/12 | **222** | | Email from T. Rudd to B. Etter re Klock | |
| 10/22/12 | **223** | | Email from Brian Etter to Mike Walz and Ross Berlanga re please advise - re: proposal follow up | |
| | **224** | | MAG Brand & Product Awareness Building | |
| 10/13/15 | **225** | | MAG Kuryakyn 2016 Budget Review | |
| 2015 | **226** | | MAG Kuryakyn 2015 Budget Review | |

| Date | No. | Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | | Identification | | |
| 06/26/12 | 227 | | Email chain from T. Rudd to R. Hinton re Points of Discussion for tomorrow (or before) | |
| 07/13/12 | 228 | | Email from R. Hinton to T. Rudd and xioray@gmail.com re Klock Werks Income Statement and Inventory Listing 6/30/12 | |
| 11/18/16 | 229 | | Certificate of Registration for Black Snake Design | |
| 11/18/16 | 230 | | Certificate of Registration for Snake with Tongue Design | |
| 11/18/16 | 231 | | Certificate of Registration for White Snake Design | |
| 05/09/16 | 232 | | Ciro's Responses to Plaintiff's First Set of Requests for Production and Interrogatories | |
| 05/16/16 | 233 | | Defendant Christopher Lindloff's Responses to Plaintiff's First Set of Requests for Production and Interrogatories | |
| 05/16/16 | 234 | | Defendant Ken Madden's Responses to Plaintiff's First Set of Requests for Production and Interrogatories | |
| 05/16/16 | 235 | | Defendant Darron May's Responses to Plaintiff's First Set of Requests for Production and Interrogatories | |
| 05/16/16 | 236 | | Defendant Thomas Rudd's Responses to Plaintiff's First Set of Requests for Production and Interrogatories | |
| 08/25/16 | 237 | | Ciro's Responses to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents | |
| 06/05/19 | 238 | | Defendant Thomas Rudd's Responses to Plaintiff's First Set of Requests to Admit | |
| | 239 | | Ciro Purchase Orders List covering the timeframe of 11/3/15 thru 8/17/16 (spreadsheet) | |
| | 240 | | Ciro Sales with Suppliers (spreadsheet) | |
| | 241 | | Ciro Tooling Purchase Order List covering the timeframe of 11/3/15 thru 8/17/16 (spreadsheet) | |
| 04/24/13 | 242 | | Email from Tom@kuryakyn.com from Aero Rudd re UTV | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 07/30/12 | 243 | | Email to South Dakota Dept of Economic Devel from Dave Sietsema @kustomcycles.com attaching Kuryakyn PowerPoint | |
| 10/14/14 | 244 | | Email chain to acr@ciro3d.com from Josey - Thaler re Ciro Projects w/ 2014.10.14 project status.xlsx | |
| 04/22/15 | 245 | | Email chain to Josey - Thaler and Tengho from Chris Lindloff re Sandblasted ball posts | |
| 05/08/14 | 246 | | Email chain to Aero Rudd from Chris Lindloff re 3D Machines / Building / Equipment | |
| 10/19/16 | 247 | | Notice of Videotaped Rule 30(b)(6) Deposition | |
| 06/29/12 | 248 | | Email chain from T. Ellsworth to A. Rudd re Revised Letter of Intent | |
| 07/18/12 | 249 | | Email chain from bob@kuryakyn.com to fisman@vtpinc and A. Rudd re Klock Werks Average Sales Per Employee | |
| 08/10/12 | 250 | | Email from bob@kuryakyn.com re Talking Points with Brian (Native) | |
| 12/27/13 | 251 | | Email from L. Madlem to M. Roland re Project 13235 - Megaphone Mufflers, part# 551, 552, 553, 554, 555 & 556 Part 2 | |
| | 252 | | Photograph | |
| | 253 | | Photograph | |
| 03/01/12 | 254 | | Email chain from T. Ellsworth to T. Ellsworth re information | |
| 10/22/12 | 255 | | Email chain from B. Etter to J. Vaughan-Chaldy re Please advise…Re: Proposal Follow-Up | |
| 09/20/12 | 256 | | Email chain from B. Etter to R. Berlanga re Follow-Up | |
| 09/20/12 | 257 | | Email chain from B. Etter to M. Walz and R. Berlanga re Follow-Up | |
| 07/28/15 | 258 | | Email from K. Miller to H. Mohr re Kuryakyn | |
| 03/06/13 | 259 | | Kuryakyn design file | |
| 12/05/11 | 260 | | Kuryakyn design file | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 12/04/06 | 261 | | Kuryakyn design file | |
| 01/06/15 | 262 | | Email chain from Aero Rudd to Josey - Thaler and Aero Rudd re project status update-1/1/2015 | |
| 05/02/14 | 263 | | Email to Tom Rudd from Aero Rudd re Hey Dad is this a good response? | |
| 06/26/12 | 264 | | Email to Brain Klock, Laura Klock and Pat Furlong from Tom Rudd re Klock Werks | |
| 05/22/15 | 265 | | Email chain to acr@ciro3d.com from Darron May re Passenger floorboard mounts | |
| 08/12/15 | 266 | | Email chain to Josey - Thaler from Chris Lindloff re Project C143 Smartphone holder ball socket improvement | |
| | 267 | | Ciro Catalog | |
| 09/04/15 | 268 | | Email chain to Kevin Miller from Tengho Chang re FW: 6 and 220 pcs RSD order - Quality inspection | |
| 07/11/11 | 269 | | Email to Bob Hinton, Tom Rudd, Jim Hartwick, and mw@kuryakyn.com from Tom Ellsworth re department responsibilities | |
| 09/13/13 | 270 | | Email to Brian Etter, Rick Busch, Arnie Ackerman, Tom Rudd, David Asher, Holger Mohr, Jim Hartwick, and Tom Ellsworth from Rod Derifield re Update UTV Presentation from Strategy Meeting at Kuryakyn on August 27, 2013 | |
| 07/05/05 | 271 | | Invoices to Kuryakyn from Dicke, Billig & Czaja | |
| 11/11/13 | 272 | | Email to Rod Derifield from JP Share re UTV Business Plan | |
| 10/30/15 | 273 | | Email to Holder Mohr and Peter Amenda re Supplier visit notes Oct 2015 | |
| 06/04/14 | 274 | | Email to Holger Mohr from John Petta re Ciro | |
| 05/23/14 | 275 | | Email chain to Carol Miller from Holger Mohr re for next week attaching Formal offer for promotion | |
| 01/04/14 | 276 | | Email chain to Holger Mohr from Tom Ellsworth re Asian vendor calls | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|---------|-------------|------------------------------------------|
|      | No. | Witness |             |                                          |
| 06/15/12 | 277 | | Email from T. Rudd to B. Klock and L. Klock re The deal | |
| 05/14/12 | 278 | | Email chain from T. Rudd to R. Hinton re Fender Tooling | |
| | 279 | | Ciro Cylinder Base Cover Part # 70100 | |
| | 280 | | Ciro Tappet Block Cover Part # 71000 | |
| | 281 | | Ciro Trivium air Cleaner Part # 35152 | |
| | 282 | | Ciro Megaphone w/tip | |
| | 283 | | Ciro Handlebar Control Covers Part # 70300 | |
| 12/20/13 | 284 | | Kuryakyn Drawings re Muffler Inlet Pipe, Standard Baffle for Megaphone, Standard Baffle Weldment for Megaphone, Muffler Mount Tab, Pin, 3mm OD x 65 mm LONG, Small Disc, and Megaphone Can | |
| 05/27/14 | 285 | | Email from C. Lindloff to R&D Group, H. Mohr, C. Foucks and C. Miller re resignation | |
| 02/14/00 | 286 | | Employee Handbook Acknowledgement of Receipt signed by Darron May | |
| 05/13/14 | 287 | | Email chain from O. Kuhnly to C. Foucks re Thank you | |
| 08/23/13 | 288 | | Calendar appointment re Sturgis Notes Review | |
| 12/16/13 | 289 | | Email from T. Russ to All Users re New Year change | |
| 04/15/14 | 290 | | Email from Bob Hinton to All Kuryakyn Users re Retirement Date | |
| 12/19/13 | 291 | | Email from B. Etter to T. Rudd re Chairman role | |
| 12/20/13 | 292 | | Payroll Information | |
| 12/19/14 | 293 | | Payroll Information | |
| | 294 | | Employer Costs for Employee Compensation - March 2016, U.S. Bureau of Labor Statistics, June 9, 2016, http://www.bls.gov/news.release/ecec.nr0.htm | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 295 | | 2016 Valuation Handbook - Industry Cost of Capital, Duff & Phelps, SIC code 3714 | |
| 4/27/16 | 296 | | Kuryakyn Sales by Category Spreadsheet | |
| 12/00/14 | 297 | | Ciro, LLC Profit & Loss, January through December 2014 | |
| 6/00/16 | 298 | | Ciro, LLC Profit & Loss, January through June 2016 | |

Respectfully submitted,

KURYAKYN HOLDINGS LLC

March 3, 2017                    By:    /s/Christine E. Skoczylas
Chicago, IL

Todd Vare                              Paul Olszowka
*todd.vare@btlaw.com*                   *paul.olszowka@btlaw.com*
BARNES & THORNBURG LLP                 Christine E. Skoczylas
11 South Meridian Street               *christine.skoczylas@btlaw.com*
Indianapolis, IN 46204                 Yeny C. Ciborowski
Phone: (317) 236-1313                  *yeny.ciborowski@btlaw.com*
Facsimile: (317) 231-7433              BARNES & THORNBURG LLP
                                       One North Wacker Drive
                                       Suite 4400
                                       Chicago, IL 60606-2833
                                       Phone: (312) 357-1313
                                       Facsimile: (312) 759-5646

*Attorneys for Kuryakyn Holdings, LLC*